**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** March 13, 2025 |
| **USA v. Christopher Galvin** | **Case Number:** CR-23-01375-001-PHX-SMB |

**Assistant U.S. Attorney:** Lindsay Lee Short and Bruce Van Baren
**Attorney for Defendant:** Myles Albert Schneider, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody  ☐ Summons  ☐ Writ

**JURY TRIAL (DAY 3):**

9:01 a.m. Court is in session. Counsel and Defendant are present. The jury is not present. Trial matters discussed. 9:03 a.m. The jury is present. Final Jury instructions are read to the jury. Closing arguments presented. The remaining final jury instructions are read to the jury. The Bailiff is sworn. 10:16 a.m. The jury exits the courtroom to await further instructions from the bailiff and begin deliberations. 10:17 a.m. Court is in recess.

11:49 a.m. Court reconvenes. Counsel and Defendant are present. The jury is present. The Court is informed the jury has reached a verdict. The verdict is read. The defendant is found guilty as to Count 1 of the Indictment. The jury is excused and released from their admonition.

The Court directs the U.S. Probation Office to prepare a presentence investigation report.

**IT IS ORDERED** setting sentencing for May 30, 2025, at 1:30 p.m., in courtroom 506.

11:51 a.m. Court is adjourned.

| | |
|---|---|
| **Court Reporter** Christine Coaly | **TIME:  1 hr 18 mins** |
| **Deputy Clerk** Elaine Garcia | **Start:  9:01 AM** |
| | **Stop:  11:41 AM** |